9344/08

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Samuel Baptiste,<br>*Defendant* | )<br>)<br>) Case No. 16-3532-WCT<br>)<br>)<br>) |

## ARREST WARRANT

*Certified to be a true and correct copy of the document on file*
*Steven M. Larimore, Clerk,*
*U.S. District Court*
*Southern District of Florida*
By: Ronald Berry
       *Deputy Clerk*
Date: **Nov 10, 2016**

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Samuel Baptiste,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Smuggle Goods from the United States, in violation of Title 18, United States Code, Section 371; and knowingly possessing a firearm and ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Date: 11/8/16

*Issuing officer's signature*

City and state:   Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)*  11/08/2016 , and the person was arrested on *(date)*  11/08/2016
at *(city and state)*   Miami, FL by FBI        .

Date:  11/08/2016

By: Roberto Rodriguez, SDUSM, SD/FL
*Arresting officer's signature*

Amos Rojas Jr., U.S. Marshal, SD/FL
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

10200820

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Noel a.k.a Abdul Jabar,<br>*Defendant* | )<br>)<br>) Case No. 16-3532-WCT<br>)<br>) |

## ARREST WARRANT

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____Ronald Berry_____
Date **Nov 10, 2016**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Noel a.k.a Abdul Jabar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Smuggle Goods from the United States, in violation of Title 18, United States Code, Section 371; and knowingly possessing a firearm and ammunition, being a person admitted to the United States under a non-immigrant visa, as that term is defined in Section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. §1101(a)(26)), in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

Date: 11/8/16

*Issuing officer's signature*

City and state:   Miami, Florida                        Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/08/2016, and the person was arrested on *(date)* 11/08/2016 at *(city and state)* Miami, FL by FBI. |
| Date: 11/08/2016                         By: Roberto Rodriguez, SDUSM, SD/FL<br>*Arresting officer's signature*<br><br>Amos Rojas Jr., USM SD/FL<br>*Printed name and title* |